# UNITED STATES DISTRICT COURT
## DISTRICT OF _____

FILED

2026 FEB 17 PM 4: 16

US DISTRICT COURT.
EASTERN DIST. TENN.

_Timothy Craig Dewbre_ ,

**Plaintiff,**

**Vs.** _Tennessee Bureau of Investigation_
_Knoxville City Police Organized Crime_
_Knox County District Attorneys Office_

**Defendant.**

_Investigator Gary Price_
_State of Tennessee_

**CASE No. _____**

## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

Pursuant to Rule 4.4 of the Rules of this Court, motion is hereby made that petitioner be allowed to proceed _in forma pauperis_.  Petitioner's declaration in compliance with 28 U.S.C. § 1746 is attached to this motion.

Respectfully submitted,

_Timothy C Dewbre_

_Timothy C Dewbre_
# 145293

*Timothy Craig Deaton* ,

**Plaintiff,**

**Vs.**
*Tennessee Bureau Of Investigation
Knoxville City Police Organized Crime,
Knox County District Attorneys office*

**Defendant.(s)**
*Investigator Gary Price ,
State of Tennessee*

CASE No. _____

## DECLARATION IN SUPPORT OF REQUEST TO PROCEED
## IN FORMA PAUPERIS — PRISONER CASES

I, *Timothy Craig Deaton* declare (1) that I am the *Plaintiff* in this case; (2) that in support of my motion to proceed without being required to prepay fees or costs, I state that because of my poverty, I am unable to pay the costs of this proceeding; and (3) that I believe I am entitled to relief.

1. Place of confinement of plaintiff:

*Trousdale Turner Correctional Complex
140 Macon Way
Hartsville, Tennessee 37074*

2. Crime(s) for which you have been convicted, date and sentence on each:

*Thefts*      *July 2025*

3. Are you presently employed?   Yes _____   No ✓_____

a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer.

b. If the answer is "no." state the date of last employment and the amount of the salary and wages per month which you received. *Approx 1000⁰⁰ Month for one month* *Dec 24*

4. Have you received, within the past twelve (12) months, money from any of the following sources?

Answer Yes or No

Business, profession or form of self-employment? _____NO_____

Rent Payments, interest or dividends? _____NO_____

Pensions, annuities or life insurance payments? _____NO_____

Gifts or inheritances? _____NO_____

Any other sources? _____NO_____

If the answer to any of the above is "yes," describe the source and amount of money received from each during the past twelve (12) months. _____
_____ NA _____

_____

5.  Do you own any cash, or do you have money in a checking account or savings account? (Include any funds in prison accounts during the last six (6) months.)

Yes ___✓___ No _____ If the answer is "yes," state the total amount of cash owned, and the average monthly balance in all checking, savings or prison accounts during the last six (6) months.

Yes $6.09 in prison account plus 740 state pay
Approx $30.00

_____

6.  Do you own real estate, stocks, bonds, notes, automobiles, jewelry or other valuable property (excluding ordinary household furnishings and clothing)?  Yes ____ No _X_

If the answer is "yes," describe the property and state its approximate value.

_____ NA _____

_____

_____

7.  List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. _____
No One — None

_____

I, Timothy C Decker , inmate number 145793 , have attached a certified copy of my Inmate Trust Fund Account for the past six (6) months.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 13 day of February , 20 26

_Timothy Craig Dexter_

_Timothy Craig Dexter_
# 145 923

# TTCC Six Month Trust Fund Certificate Request

_Timothy C. Denton_     _145293_     _EC 207_
Inmate Name (Please Print)     TDOC #     Housing

I hereby request a copy of my 6-month Trust Fund Certificate for my legal work. I understand that the fee for this is $1 for the notary and a Trust Fund Withdrawal form is attached. Thank you.

_Timothy C. Denton_     _02-05-26_
Inmate Signature     Date

===========================================================

☑ Trust Fund Withdrawal Form completed and attached.

☑ Sent to Trust Fund Office on ___2/5/26___ Initial: _____

===========================================================

Paperwork is attached.

_Betty Doun_     _2/9/26_
Trust Fund Office     Date

State of Tennessee
Department of Corrections
Trousdale Turner Correctional Center
140 Macon Way
Hartsville, TN  37074
Telephone  (615) 808-0400     FAX  (615) 808-0499

## INMATE TRUST FUND AFFIDAVIT

| Timothy Denton | 145793 |
| --- | --- |
| **INMATE NAME** | **TDOC NUMBER** |

NOTICE TO INMATE:  an inmate seeking to proceed IFP (In forma Pauper) shall submit an affidavit stating al assets.  In addition, an inmate must attach a statement certified by the appropriate institutional office showing al receipts, expenditures, and balances during the last six months in your institutional account.

## CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $0.15 on account to his credit at Trousdale Turner Correctional Center.  I further certify that the applicant has the following securities to his credit $_unknown

I certify that the applicant has a balance of $1.02 for  average of 6 months on account.

I,_Betty Downs__ am a Trousdale-Turner Correctional Center employee, who serves as the Inmate Trust Fund Custodian at Trousdale Turner Correctional Center.  By the signature below, I certify that the attached computer printout of the named inmate is true and correct in designating his trust account activity for the past six months with the Department of Corrections.

2/9/2026
Date                          SIGNATURE OF AUTHORIZED OFFICER:

State of: _Tennesse_

County of: _Trousdale_

Presented before me by _T. Dewton_ who is personally known by me on this

the _11th_ day of _February_, _2026_.

Notary Public
July 30, 2029
My Commission Expires

JOYCE SOBOTKA
STATE OF TENNESSEE
NOTARY PUBLIC
COUNTY OF TROUSDALE
My Comm. Expires
July 30, 2029